UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   4:16CR353 |
| | ) |
| LARRY T. DOUGLAS, | ) |
| | ) |
| Defendant. | ) |

ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

> Defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
>
> Defendant shall participate in a program of inpatient or outpatient mental health evaluation and treatment as directed by the supervising officer.

All other conditions of release as previously set remain in full force and effect.

SO ORDERED, this  27th  day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA